**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tina Neumann,                                         Civil No. 08-5144 (RHK/RLE)

        Plaintiff,                             **ORDER**

v.

Northeastern Title Loans LLC, d/b/a LM113
Northeastern Title Loans LLC, d/b/a Loan
Max, Jerome James Humphries, individually,
and Schmitty's Repo,

        Defendants.

---

Based upon the Stipulation for Dismissal with Prejudice filed by the parties (Doc. No. 44), **IT IS ORDERED** that this action and all claims among the parties are **DISMISSED WITH PREJUDICE** and on the merits, without attorney fees, costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCODINGLY**.

Dated: July 10, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge